| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS** | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>October 08, 2024<br>Nathan Ochsner, Clerk |

In Re:  Kirk Gibson Rummel III

**Debtor(s)**

Case No.: 24–32955

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Eva S Engelhart is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 10/8/24

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge